

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-11-00413-CV**

PARMINDER SINGH AND SIMER SINGH                      APPELLANTS

V.

SPAN INTERNATIONAL, INC. D/B/A PTAC DIRECT SALES            APPELLEE

------------

### FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On January 20, 2012, we notified appellants that their brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellants or any party desiring to continue this appeal filed with the court within ten days a response reasonably explaining the failure to file a brief and the

---

[1]*See* Tex. R. App. P. 47.4.

need for an extension.  *See* Tex. R. App. P. 38.8(a)(1).  We have not received any response.

Because appellants' brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  February 16, 2012